MAURA C. FAHEY, OSB No. 133549
maura@crag.org - (503) 525-2722
RALPH O. BLOEMERS, OSB No. 984172
ralph@crag.org - (503) 525-2727
EMMA A.O. BRUDEN, OSB No. 163525
emma@crag.org - (503) 525-2725
Crag Law Center
917 SW Oak Street, Suite 417
Portland, OR 97205
Fax: (503) 296-5454

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

# MEDFORD DIVISION

| | |
|---|---|
| **AUDUBON SOCIETY OF PORTLAND**, an Oregon non-profit corporation, **OREGON WILD**, an Oregon non-profit corporation, and **WATERWATCH OF OREGON**, an Oregon non-profit corporation,<br><br>    Plaintiffs,<br><br>    v.<br><br>**SALLY JEWELL**, in her official capacity as Secretary of United States Department of Interior; **DANIEL M. ASHE**, in his official capacity as Director of United States Fish and Wildlife Service; and the **UNITED STATES FISH AND WILDLIFE SERVICE**, a federal agency of the United States Department of the Interior,<br><br>    Defendants. | Case No. 1:17-cv-00069-CL<br><br>**PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT**<br>**(Fed. R. Civ. P. 7.1)** |

Pursuant to Fed. R. Civ. P .7.1(a)(2), Plaintiff Audubon Society of Portland states that it does not have any parent corporations and no publicly held corporation owns 10% or more of its stock.

Plaintiff Oregon Wild states that it does not have any parent corporations and no publicly held corporation owns 10% or more of its stock.

Plaintiff WaterWatch of Oregon states that it does not have any parent corporations and no publicly held corporation owns 10% or more of its stock.

DATED this 17th day of January 2017.

Respectfully Submitted,

s/ Maura C. Fahey
Maura C. Fahey
maura@crag.org
Crag Law Center
917 SW Oak, Suite 417
Portland, OR 97205
Tel. (503) 525-2722
Fax (503) 296-5454

*Attorneys for Plaintiffs*

PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT
Page 2

*Crag Law Center*
*917 SW Oak, Suite 417*
*Portland, OR 97205*
*Tel. (503) 525-2722*