IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

AUDOBAN SOCIETY OF PORTLAND, et al.,

        Plaintiffs,

  v.

RYAN ZINKE, et al.,

        Defendants.

TULELAKE IRRIGATION DISTRICT, et al.,

        Defendant-Intervenors.

1:17-cv-69-CL (lead)
1:17-cv-98-CL (trailing)
1:17-cv-468-CL (trailing)
1:17-cv-531-CL (trailing)

JUDGMENT

MCSHANE, Judge:

    Magistrate Judge Mark D. Clarke filed a Findings and Recommendation (ECF No. 215), and the matter is now before this court. *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). Numerous parties filed objections to the Findings and Recommendation. Accordingly, I have reviewed the file of this case *de novo*. *See* 28 U.S.C. § 636(b)(1)(c); *McDonnell Douglas Corp.*

1 –ORDER

*v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981). I find no error and conclude the report is correct.

Magistrate Judge Clarke's Findings and Recommendation (ECF No. 215) is adopted. Motions and cross-motions for summary judgment ## 143, 146, 157, 159, 161, and 162 are GRANTED. Motion # 148 is GRANTED in part and DENIED in part. The remaining motions, including motion to strike # 232, are DENIED.

IT IS SO ORDERED.

DATED this 6th day of April, 2020.

　　　　　　　　　　　　　　　　　　_____/s/ Michael J. McShane_____
　　　　　　　　　　　　　　　　　　　　　Michael McShane
　　　　　　　　　　　　　　　　　　　United States District Judge