IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

AUDOBAN SOCIETY OF PORTLAND, et al.,

        Plaintiffs,

   v.

RYAN ZINKE, et al.,

        Defendants.

TULELAKE IRRIGATION DISTRICT, et al.,

        Defendant-Intervenors.

1:17-cv-69-CL (lead)
1:17-cv-98-CL (trailing)
1:17-cv-468-CL (trailing)
1:17-cv-531-CL (trailing)

JUDGMENT

MCSHANE, Judge:

    Based on the record, Judgment for Defendants.

IT IS SO ORDERED.

    DATED this 6th day of April, 2020.

                               /s/ Michael J. McShane
                                  Michael McShane
                             United States District Judge

1 – JUDGMENT